**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| In re:  S & E FLAG CARS, LLC | § | Case No. 16-20599 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## INTERIM TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Interim Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/03/2016. The undersigned trustee was appointed on 05/04/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        180,798.82

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an<br>interim distribution | 0.00 |
| Administrative expenses | 29,878.01 |
| Bank service fees | 3,445.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 147,475.11 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/08/2016 and the deadline for filing governmental claims was 10/30/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed interim distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,289.94. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,289.94, for a total compensation of $12,289.94[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $922.55 for total expenses of $922.55[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/24/2021                      By: /s/ L. Craig Kendrick
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:**   16-20599

**Case Name:**   S & E FLAG CARS, LLC

**For Period Ending:**   03/24/2021

**Trustee Name:**   (370005) L. Craig Kendrick

**Date Filed (f) or Converted (c):**   05/03/2016 (f)

**§ 341(a) Meeting Date:**   06/09/2016

**Claims Bar Date:**   09/08/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Savings Account at Citizens Deposit Bank, xxxxxx<br>Imported from original petition Doc# 1 | 8,608.88 | 0.00 | | 0.00 | FA |
| 2 | Business Account at Citizens Deposit Bank, xxxxx<br>Imported from original petition Doc# 1 | 2,123.42 | 2,096.43 | | 2,096.43 | FA |
| 3 | Free Business Account at Citizens Deposit Bank,<br>Imported from original petition Doc# 1 | 1,349.21 | 0.00 | | 0.00 | FA |
| 4 | 2005 Chevy Trailblazer. Valuation Method: Blue B<br>Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | 2005 Chevy Chevtr. Valuation Method: blue book<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | 2005 Chevy Trailblazer. Valuation Method: blue b<br>Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 7 | 2003 Doddge Caravan. Valuation Method: blue book<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2005 Chevy Trailblazer. Valuation Method: blue b<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Computer, Printer, Desk, Chair. Valuation Method<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | LIQUIDATED DEBTS OWING DEBTOR (u)<br>Settlement Funds from Elite Oil Field Services, Inc. | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 11 | Settlement with Ishmael Parties (u)<br>Trustee will receive $70,000.00 in year 1, $50,000.00 in year 2, $50,000 in year 3; $75,000 in year 4 and $15,000 in year 5 from the date of the Settlement agreement | 290,000.00 | 290,000.00 | | 150,000.00 | 140,000.00 |
| 12 | Mike Baker Trustee (u) | 8,702.39 | 8,702.39 | | 8,702.39 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$337,083.90** | **$320,798.82** | | **$180,798.82** | **$140,000.00** |

**Major Activities Affecting Case Closing:**

Trustee continue to receive settlement payments from the Ishmael Parties.  Trustee also waiting on receipt of settlement documents from employee/contractor litigation to prepare interim TFR.

**Initial Projected Date Of Final Report (TFR):**   03/30/2017        **Current Projected Date Of Final Report (TFR):**   12/30/2021

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page:  2

**Case No.:**   16-20599

**Case Name:**   S & E FLAG CARS, LLC

**For Period Ending:**   03/24/2021

**Trustee Name:**   (370005) L. Craig Kendrick

**Date Filed (f) or Converted (c):**   05/03/2016 (f)

**§ 341(a) Meeting Date:**   06/09/2016

**Claims Bar Date:**   09/08/2016

| 03/24/2021 | /s/L. Craig Kendrick |
|---|---|
| Date | L. Craig Kendrick |

## Form 2

Exhibit B

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 16-20599 | | Trustee Name: | | L. Craig Kendrick (370005) | |
| Case Name: | S & E FLAG CARS, LLC | | Bank Name: | | Mechanics Bank | |
| Taxpayer ID #: | **-***1203 | | Account #: | | ******5166 Checking Account | |
| For Period Ending: | 03/24/2021 | | Blanket Bond (per case limit): | | $6,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/14/16 | {10} | Blankenship, Massey & Associates | Settlement of Claim with Elite Oil Field Services, Inc, | 1249-000 | 20,000.00 | | 20,000.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.34 | 19,985.66 |
| 07/05/16 | {2} | Citizens Deposit Bank | Closing of Business account | 1129-000 | 2,096.43 | | 22,082.09 |
| 07/05/16 | {2} | Citizens Deposit Bank | Closing of Business Account | 1129-000 | 2,096.43 | | 24,178.52 |
| 07/05/16 | {2} | Citizens Deposit Bank | Reversed Deposit 100002 1 Closing of Business account | 1129-000 | -2,096.43 | | 22,082.09 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.01 | 22,052.08 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.79 | 22,017.29 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.58 | 21,985.71 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.48 | 21,955.23 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.59 | 21,921.64 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.44 | 21,890.20 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.57 | 21,856.63 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.34 | 21,827.29 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.44 | 21,794.85 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.25 | 21,765.60 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.43 | 21,731.17 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.25 | 21,699.92 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.17 | 21,669.75 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.28 | 21,635.47 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.08 | 21,605.39 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.14 | 21,572.25 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.02 | 21,541.23 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.94 | 21,511.29 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.03 | 21,477.26 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.83 | 21,448.43 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.84 | 21,417.59 |
| 04/23/18 | {11} | Blankenship and Massey Escrow | Settlement with Ismael Parties Per Doc. 71 | 1241-000 | 10,000.00 | | 31,417.59 |

Page Subtotals:    $32,096.43    $678.84

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 16-20599 | |
| **Case Name:** | S & E FLAG CARS, LLC | |
| **Taxpayer ID #:** | **-***1203 | |
| **For Period Ending:** | 03/24/2021 | |

| | |
|---|---|
| **Trustee Name:** | L. Craig Kendrick (370005) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******5166 Checking Account |
| **Blanket Bond (per case limit):** | $6,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.69 | 31,385.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.66 | 31,336.24 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.56 | 31,292.68 |
| 07/31/18 | 101 | The Baker Firm PLLC | Attorney Expenses per order dated 07/31/18 | 3220-000 | | 2,805.01 | 28,487.67 |
| 07/31/18 | 102 | The Baker Firm, PPLC | Attorney Fees per court order 07/31/18 | 3210-000 | | 20,037.50 | 8,450.17 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.00 | 8,402.17 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.67 | 8,387.50 |
| 09/10/18 | 103 | Schwartzer & McPherson Law Firm | Payment of Fees Per Court Order Doc. 68 | 3210-600 | | 100.00 | 8,287.50 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.43 | 8,281.07 |
| 10/19/18 | {11} | Blankenship & Massey | Settlement Payments Per Doc. 71 | 1241-000 | 20,000.00 | | 28,281.07 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.46 | 28,268.61 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.23 | 28,245.38 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.44 | 28,222.94 |
| 01/03/19 | {11} | Blankenship Massey & Associates | Settlemen Payment per Doc. 71 | 1241-000 | 40,000.00 | | 68,222.94 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.10 | 68,167.84 |
| 06/17/19 | {12} | Mike Baker Trustee | Payment of Claim against Estate of Robert Ismael | 1241-000 | 8,702.39 | | 76,870.23 |
| 06/17/19 | {11} | Ed Massey Escrow | Payment on claim against Ismael Parties per Doc. 71 | 1241-000 | 5,000.00 | | 81,870.23 |
| 06/17/19 | {11} | Ed Massey Escrow | Payment of settlement of Ismael parties per Doc. 71 | 1241-000 | 10,000.00 | | 91,870.23 |
| 06/17/19 | 104 | Stith Wimsatt & Associates | Per Court Order Doc. 76 | 3410-000 | | 4,328.00 | 87,542.23 |
| 08/23/19 | {11} | Ed Massey Escrow | Settlement Payment with Ismael parties per Doc. 71 | 1241-000 | 15,000.00 | | 102,542.23 |
| 10/21/19 | {11} | Blankenship Massey Escrow | Settlement payment for Ismaels per Doc. 71 | 1241-000 | 20,000.00 | | 122,542.23 |
| 02/05/20 | {11} | Blankenship and Massey | Payment for Ishmael Settlement | 1241-000 | 10,000.00 | | 132,542.23 |
| 02/29/20 | 105 | Kentucky Department of Revenue | 2019 Form 725 | 2820-000 | | 175.00 | 132,367.23 |
| 03/30/20 | 106 | Stith Wimsatt & Associates | Per Court Order Doc. 80 | 3410-000 | | 1,232.50 | 131,134.73 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 105.78 | 131,028.95 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 209.82 | 130,819.13 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 202.12 | 130,617.01 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 222.69 | 130,394.32 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 215.36 | 130,178.96 |

Page Subtotals:   $128,702.39   $29,941.02

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-20599 | Trustee Name: | L. Craig Kendrick (370005) |
|---|---|---|---|
| Case Name: | S & E FLAG CARS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1203 | Account #: | ******5166 Checking Account |
| For Period Ending: | 03/24/2021 | Blanket Bond (per case limit): | $6,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 201.13 | 129,977.83 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 221.62 | 129,756.21 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 207.39 | 129,548.82 |
| 11/24/20 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXX0690 | Transition Debit to Metropolitan Commercial Bank acct XXXXX0690 | 9999-000 | | 129,548.82 | 0.00 |

|  | | | COLUMN TOTALS | | 160,798.82 | 160,798.82 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 0.00 | 129,548.82 | |
| | | | Subtotal | | 160,798.82 | 31,250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $160,798.82 | $31,250.00 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-20599 | Trustee Name: | L. Craig Kendrick (370005) |
|---|---|---|---|
| Case Name: | S & E FLAG CARS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1203 | Account #: | ******0690 Checking Account |
| For Period Ending: | 03/24/2021 | Blanket Bond (per case limit): | $6,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/24/20 | | Transfer Credit from Mechanics Bank acct XXXXXX5166 | Transition Credit from Mechanics Bank acct XXXXXX5166 | 9999-000 | 129,548.82 | | 129,548.82 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 200.16 | 129,348.66 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 227.44 | 129,121.22 |
| 01/06/21 | {11} | Blankenship Massey & Assoc. | Payment on Ishmael Settlement | 1241-000 | 20,000.00 | | 149,121.22 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 223.53 | 148,897.69 |
| 02/04/21 | 1000 | Kentucky Department of Revenue | 2020 Form 725 | 2820-000 | | 175.00 | 148,722.69 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 222.58 | 148,500.11 |
| 03/16/21 | 1001 | Stith Wimsatt & Associates | Payment to Accountant per Doc. 89 | 3410-000 | | 1,025.00 | 147,475.11 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 149,548.82 | 2,073.71 | $147,475.11 |
| Less: Bank Transfers/CDs | 129,548.82 | 0.00 | |
| Subtotal | 20,000.00 | 2,073.71 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $20,000.00 | $2,073.71 | |

## Form 2

### Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-20599 | **Trustee Name:** | L. Craig Kendrick (370005) |
| **Case Name:** | S & E FLAG CARS, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1203 | **Account #:** | ******0690 Checking Account |
| **For Period Ending:** 03/24/2021 | | **Blanket Bond (per case limit):** $6,000,000.00 | |
| | | **Separate Bond (if applicable):** N/A | |

| | |
|---|---|
| Net Receipts: | $180,798.82 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $180,798.82 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5166 Checking Account | $160,798.82 | $31,250.00 | $0.00 |
| ******0690 Checking Account | $20,000.00 | $2,073.71 | $147,475.11 |
| | **$180,798.82** | **$33,323.71** | **$147,475.11** |

| | |
|---|---|
| 03/24/2021 | /s/L. Craig Kendrick |
| Date | L. Craig Kendrick |

Page: 1

## Exhibit C

## Analysis of Claims Register

**Case: 16-20599**                              **S & E FLAG CARS, LLC**

Claims Bar Date: 09/08/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | L. Craig Kendrick 8459 US 42, Suite F, #311 FLORENCE, KY 41042 <2100-000 Trustee Compensation> , 200 | Administrative 01/06/21 | | $12,289.94 $12,289.94 | $0.00 | $12,289.94 |
| FICA | United States Treasury, <2690-730 Taxes on Administrative Post-Petition Wages (employer payroll taxes)> , 200 Employee withholding | Administrative 03/24/21 | | $1,894.43 $1,894.43 | $0.00 | $1,894.43 |
| FICA Employ | United State Treasurer, <2690-730 Taxes on Administrative Post-Petition Wages (employer payroll taxes)> , 200 FICA Employer | Administrative 03/24/21 | | $1,894.43 $1,894.43 | $0.00 | $1,894.43 |
| FICA Med | United States Treasury, <2690-730 Taxes on Administrative Post-Petition Wages (employer payroll taxes)> , 200 Employed Medicaid | Administrative 03/24/21 | | $443.06 $443.06 | $0.00 | $443.06 |
| FICA Med | United States Treasury, <2690-730 Taxes on Administrative Post-Petition Wages (employer payroll taxes)> , 200 FICA Medicaid Employer | Administrative 03/24/21 | | $443.06 $443.06 | $0.00 | $443.06 |
| FIT | United States Treasury, <2690-730 Taxes on Administrative Post-Petition Wages (employer payroll taxes)> , 200 Federal Employee Taxes | Administrative 03/24/21 | | $3,685.29 $3,685.29 | $0.00 | $3,685.29 |
| Kentuck y | Kentucky Department of Revenue, <2690-730 Taxes on Administrative Post-Petition Wages (employer payroll taxes)> , 200 Kentucky Income Employee Taxes | Administrative 03/24/21 | | $1,460.53 $1,460.53 | $0.00 | $1,460.53 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

**Analysis of Claims Register**

Case: 16-20599                    S & E FLAG CARS, LLC

Claims Bar Date: 09/08/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SUI | Treasurer, KY Unemployment Ins. Fund<br>PO Box 2003<br>Frankfort, KY 40602<br><2690-730 Taxes on Administrative Post-Petition Wages (employer payroll taxes)><br>, 200<br><br>Kentucky Unemployment Taxes | Administrative<br>03/24/21 | | $22.92<br>$22.92 | $0.00 | $22.92 |
| TE | L. Craig Kendrick<br>8459 US 42, Suite F, #311<br>FLORENCE, KY 41042<br><2200-000 Trustee Expenses><br><br>, 200 | Administrative<br>03/16/21 | | $922.57<br>$922.55 | $0.00 | $922.55 |
| URFUT A | Untied States Treasury,<br><br><2690-730 Taxes on Administrative Post-Petition Wages (employer payroll taxes)><br>, 200<br><br>Federal Unemployment Taxes | Administrative<br>03/24/21 | | $168.40<br>$168.40 | $0.00 | $168.40 |
| | Kentucky Department of Revenue<br>PO Box 856910<br>Louisville, KY 40285-6910<br><2820-000 Other State or Local Taxes (post-petition)><br>, 200 | Administrative<br>02/29/20 | | $0.00<br>$350.00 | $350.00 | $0.00 |
| | Schwartzer & McPherson Law Firm<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, NV 89146<br><3210-600 Special Counsel for Trustee Fees><br>, 200<br><br>MEMO: Per Court Order Doc. 68 | Administrative<br>05/03/16 | | $100.00<br>$100.00 | $100.00 | $0.00 |
| | Stith Wimsatt & Associates<br>35 Shelby Street<br>PO Box 455<br>Florence, KY 41022<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>05/03/16 | | $6,585.50<br>$6,585.50 | $6,585.50 | $0.00 |
| | The Baker Firm PLLC,<br><br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>05/03/16 | | $2,805.01<br>$2,805.01 | $2,805.01 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

### Case: 16-20599                           S & E FLAG CARS, LLC

Claims Bar Date: 09/08/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | The Baker Firm, PPLC, | Administrative | | $20,037.50 | $20,037.50 | $0.00 |
| | <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | 05/03/16 | | $20,037.50 | | |
| Berlo | Greg Berlow | Unsecured | | $6,087.40 | $0.00 | $2,321.70 |
| | Nicholas Conlon 111 Town Square Place, Suite 400 Jersey City, NJ 07310 <7100-000 Section 726(a)(2) General Unsecured Claims> , 200 | 03/08/21 | | $2,321.70 | | |
| | Claim allowed per doc. 86.  The gross wages being paid is $2,877.78.  The allowed claim is the net wages.   Claim will be paid additional wages in the future. | | | | | |
| Je. MartinU | Jennifer Martin | Unsecured | | $19,206.77 | $0.00 | $6,512.27 |
| | Nicholas Conlon 111 Town Square Place, Suite 400 Jersey City, NJ 07310 <7100-000 Section 726(a)(2) General Unsecured Claims> , 200 | 03/08/21 | | $6,512.27 | | |
| | See Doc. 86 for claim allowance.  The gross wages being paid is $9,079.89.  The allowed claim is the net wages.  Additional wages will be paid in the future. | | | | | |
| Jo. MartinU | Jonathan Martin | Unsecured | | $15,671.84 | $0.00 | $5,437.22 |
| | Nicholas Conlon 111 Town Square Place, Suite 400 Jersey City, NJ 07310 <7100-000 Section 726(a)(2) General Unsecured Claims> , 200 | 03/08/21 | | $5,437.22 | | |
| | See Doc. 86 for claim allowance.  The Gross wages being paid is $7,408.78.  The allowed claim is the net wages.  Additional wages will be paid in the future. | | | | | |
| Perkins | Noel Perkins | Unsecured | | $11,250.00 | $0.00 | $4,071.14 |
| | Nicholas Conlon 111 Town Square Place, Suite 400 Jersey City, NJ 07310 <7100-000 Section 726(a)(2) General Unsecured Claims> , 200 | 03/08/21 | | $4,071.14 | | |
| | See Doc. 86 for Claim Allowance.  The gross wages being paid is $5,318.38.  The allowed claim is the net wages.  Additional wages will be paid in the future. | | | | | |

Page: 4

## Exhibit C

## Analysis of Claims Register

**Case: 16-20599**                                    **S & E FLAG CARS, LLC**

Claims Bar Date: 09/08/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Ware | Charles Ware<br>Nicholas Conlon<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 200 | Unsecured<br>03/08/21 | | $8,513.98<br>$3,186.08 | $0.00 | $3,186.08 |
| | See Doc. 86 for allowance of claim.  The Gross wages being paid is $4,024.94.  The allowed claim is the net wages. Additional wages will be paid in the future. | | | | | |
| Witt | Elnore Witt<br>Nicholas Conlon<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 200 | Unsecured<br>03/08/21 | | $3,904.21<br>$1,543.43 | $0.00 | $1,543.43 |
| | See Doc. 86 for Claim Allowance.  The gross wages being paid is $1,845.68.  The allowed claim is the net wages. Additional wages will be paid in the future. | | | | | |
| 1 | INTERNAL REVENUE SERVICE<br>PO BOX 621505<br>ATLANTA, GA 30362-1505<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/16/16 | | $19,900.94<br>$0.00 | $0.00 | $0.00 |
| 1-2 | INTERNAL REVENUE SERVICE<br>PO BOX 621505<br>ATLANTA, GA 30362-1505<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/16/16 | | $19,900.94<br>$19,900.94 | $0.00 | $19,900.94 |
| 2 | CARLA COLLEY<br>220 ELMER AVENUE<br>WEIRTON, WV 26062<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/27/16 | | $12,500.00<br>$12,500.00 | $0.00 | $12,500.00 |
| 3-2 | ELNORE WITT<br>Nicholas Conlon<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $7,808.84<br>$3,904.20 | $0.00 | $3,904.20 |

## Exhibit C

## Analysis of Claims Register

**Case: 16-20599**                                    **S & E FLAG CARS, LLC**

Claims Bar Date: 09/08/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | See Doc. 86 for Claim Allowance | | | | | |
| 4-2 | CHARLES WARE<br>Nicholas Conlon<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $17,027.96<br>$8,513.98 | $0.00 | $8,513.98 |
| | See Doc. 86 for CLaim Allowance | | | | | |
| 5-2 | NOEL PERKINS<br>Nicholas Colon<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $22,500.00<br>$11,250.00 | $0.00 | $11,250.00 |
| | See Doc. 86 for Claim Allowance | | | | | |
| 6-2 | JONATHAN MARTIN<br>Nicholas Conlon<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $31,343.68<br>$15,671.84 | $0.00 | $15,671.84 |
| | See Doc. 86 for allowed claim which was divided | | | | | |
| 7-2 | JENNIFER MARTIN<br>Nicholas Conlon<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $38,413.54<br>$19,206.77 | $0.00 | $19,206.77 |
| | See Doc. 86 for Claim Allowance | | | | | |
| 8-2 | BROWN LLC<br>111 TOWN SQUARE PL SUITE 400<br>JERSEY CITY, NJ 07310<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $85,373.04<br>$85,373.04 | $0.00 | $85,373.04 |
| | See Doc. 86 for claim allowance | | | | | |

## Exhibit C

## Analysis of Claims Register

**Case: 16-20599**                      **S & E FLAG CARS, LLC**

Claims Bar Date: 09/08/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | CARLA COLLEY 220 ELMER AVENUE WEIRTON, WV 26062 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 11/29/16 | | $12,500.00 $12,500.00 | $0.00 | $12,500.00 |
| | This is a duplicate claim to Claim # 2 and the Trustee will be filing an objection to this claim. | | | | | |
| 10 | LORI A. SCHLARMAN, TRUSTEE BANKRUPTCY ESTATE OF ELLEN ISHMAEL P.O. BOX 387 HEBRON, KY 41048 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 12/22/16 | | $0.00 $0.00 | $0.00 | $0.00 |
| 11 | GREG BERLO Nicholas Conlon 111 Town Square Place, Suite 400 Jersey City, NJ 07310 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/11/18 | | $12,174.80 $6,087.40 | $0.00 | $6,087.40 |
| | Claim to be treated as timely per Court Doc. 86; Claim is divided pursuant to Doc. 86 | | | | | |

**Case Total:**    **$29,878.01**    **$241,204.62**

**TRUSTEE'S PROPOSED INTERIM  DISTRIBUTION**

Exhibit D

Case No.: 16-20599
Case Name: S & E FLAG CARS, LLC
Trustee Name: L. Craig Kendrick

**Balance on hand:**    $                    147,475.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                       $      147,475.11

**UST Form 101-7-TFR(5/1/2011)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - L. Craig Kendrick | 12,289.94 | 0.00 | 12,289.94 |
| Trustee, Expenses - L. Craig Kendrick | 922.55 | 0.00 | 922.55 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - United States Treasury | 1,894.43 | 0.00 | 1,894.43 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - United State Treasurer | 1,894.43 | 0.00 | 1,894.43 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - United States Treasury | 443.06 | 0.00 | 443.06 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - United States Treasury | 443.06 | 0.00 | 443.06 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - United States Treasury | 3,685.29 | 0.00 | 3,685.29 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - Kentucky Department of Revenue | 1,460.53 | 0.00 | 1,460.53 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - Untied States Treasury | 168.40 | 0.00 | 168.40 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - Treasurer, KY Unemployment Ins. Fund | 22.92 | 0.00 | 22.92 |
| Other State or Local Taxes (post-petition) - Kentucky Department of Revenue | 350.00 | 350.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - The Baker Firm, PPLC | 20,037.50 | 20,037.50 | 0.00 |
| Special Counsel for Trustee Fees - Schwartzer & McPherson Law Firm | 100.00 | 100.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - The Baker Firm PLLC | 2,805.01 | 2,805.01 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Stith Wimsatt & Associates | 6,585.50 | 6,585.50 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 23,224.61

Remaining balance: $ 124,250.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 124,250.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 124,250.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $205,480.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| Berlo | Greg Berlow | 2,321.70 | 0.00 | 2,321.70 |
| Je. MartinU | Jennifer Martin | 6,512.27 | 0.00 | 6,512.27 |
| Jo. MartinU | Jonathan Martin | 5,437.22 | 0.00 | 5,437.22 |
| Perkins | Noel Perkins | 4,071.14 | 0.00 | 4,071.14 |
| Ware | Charles Ware | 3,186.08 | 0.00 | 3,186.08 |
| Witt | Elnore Witt | 1,543.43 | 0.00 | 1,543.43 |
| 1 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 1-2 | INTERNAL REVENUE SERVICE | 19,900.94 | 0.00 | 9,132.15 |
| 2 | CARLA COLLEY | 12,500.00 | 0.00 | 5,736.01 |
| 3-2 | ELNORE WITT | 3,904.20 | 0.00 | 1,791.56 |
| 4-2 | CHARLES WARE | 8,513.98 | 0.00 | 3,906.90 |
| 5-2 | NOEL PERKINS | 11,250.00 | 0.00 | 5,162.41 |
| 6-2 | JONATHAN MARTIN | 15,671.84 | 0.00 | 7,191.50 |
| 7-2 | JENNIFER MARTIN | 19,206.77 | 0.00 | 8,813.61 |
| 8-2 | BROWN LLC | 85,373.04 | 0.00 | 39,176.02 |
| 11 | GREG BERLO | 6,087.40 | 0.00 | 2,793.39 |

| | Total to be paid for timely general unsecured claims: | $ | 106,775.39 |
|---|---|---|---|
| | Remaining balance: | $ | 17,475.11 |

Tardily filed claims of general (unsecured) creditors totaling $12,500.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | CARLA COLLEY | 12,500.00 | 0.00 | 0.00 |
| 10 | LORI A. SCHLARMAN, TRUSTEE | 0.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 17,475.11

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 17,475.11

**UST Form 101-7-TFR(5/1/2011)**